IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| COREY FERNANDES,<br>MICHAEL PAYNE,<br>JOEL SALAZAR,<br>MELAKU BORLASE,<br>NATHAN FERRAZZANI,<br>TARIKU MARCIAROSE,<br><br>Plaintiffs,<br><br>v.<br><br>AGAPE BAPTIST CHURCH INC., d/b/a<br>AGAPE BOARDING SCHOOL,<br><br>Defendant. | Case Nos.: 6:23-cv-03005-MDH<br>6:23-cv-03008-MDH<br>6:23-cv-03228-MDH<br>6:23-cv-03243-MDH<br>6:23-cv-03244-MDH<br>6:23-cv-03246-MDH |

## ORDER

Before the Court are Plaintiffs' motions for leave to add a claim of punitive damages. The Court heard oral arguments on the motions at the Status Conference of September 9, 2024. After full consideration of its motions, arguments, and briefing the Court finds that the allegations set forth by Plaintiffs are sufficient and justice requires leave to amend be granted. The issue of whether punitive damages will be ultimately submitted to the jury for consideration will be decided by the Court at the conclusion of its evidence at trial. Plaintiffs' motions for leave to add a claim of punitive damages are **GRANTED** and discovery is authorized as to Defendant's assets. An appropriate protection order regarding the financial information will be issued upon request.

**IT IS SO ORDERED**.
DATED: September 12, 2024

                                       */s/ Douglas Harpool*
                                       **DOUGLAS HARPOOL**
                                       **UNITED STATES DISTRICT JUDGE**