IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **COREY FERNANDES,** | ) | |
| | ) | Case No. 6:23-cv-03005-MDH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **AGAPE BAPTIST CHURCH, INC.,** | ) | |
| *d/b/a* **AGAPE BOARDING SCHOOL,** | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT AGAPE BAPTIST CHURCH, INC., *d/b/a* AGAPE BOARDING'S NOTICE OF SETTLEMENT

COMES NOW, Defendant Agape Baptist Church, Inc., d/b/a Agape Boarding School, by and through its undersigned counsel, and advises the Court that this matter has settled.

Respectfully submitted,

**FRANKE SCHULTZ & MULLEN, P.C.**

*/s/ John G. Schultz*
JOHN G. SCHULTZ          MO #34711
8900 Ward Parkway
Kansas City, MO  64114
Phone: (816) 421-7100
Fax: (816) 421-7915
jschultz@fsmlawfirm.com
**Attorney for Defendant**
**Agape Baptist Church, Inc.,**
**d/b/a Agape Boarding School**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed via the court's electronic filing system, and a copy was also sent via email transmission this 12th day August, 2025, to:

Ryan D. Frazier
Phillip R. Martens
David M. Mayer
Charles T. Lee
**MONSEES & MAYER, P.C**.
1021 E. Walnut Street
Springfield, MO 65806
rfrazier@monseesmayer.com
rmartens@monseesmayer.com
dmayer@monseesmayer.com
clee@monseesmayer.com
**Attorneys for Plaintiff**


/s/ John G. Schultz
**Attorney for Defendant**
**Agape Baptist Church d/b/a**
**Agape Boarding School**